**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MELINDA MORGAN,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINA FOW, individually and in her official capacity, Police Officer, Pennsylvania State Police – Troop H, *et al.*,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 1:25-CV-01992<br><br><br><br><br><br><br><br><br><br><br>Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, this 21st day of October, 2026, in accordance with the accompanying memorandum of law, **IT IS ORDERED AS FOLLOWS**:

1) Defendants Christina Fow and David Highhouse's ("Defendants") motion to partially dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), Doc. 14, is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. Defendants' motion to dismiss Plaintiffs' official capacity claims against them is **GRANTED**, and all of Plaintiff's official capacity claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

    b. Defendants' motion to dismiss in part Plaintiff's Fourth Amendment 42 U.S.C. § 1983 claim, Count I, is **DENIED**.

c. Defendants' motion to dismiss Plaintiff's Fourteenth Amendment procedural due process 42 U.S.C. § 1983 claim, Count II, is **GRANTED**, and Count II of Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

d. Defendants' motion to dismiss Plaintiff's conspiracy to violate civil rights claim brought under 42 U.S.C. § 1985, Count III, is **DENIED**.

e. Defendants' motion to dismiss Plaintiff's state-law tort claims, Counts VI–IX, is **GRANTED IN PART** and **DENIED IN PART**. Defendants' motion to dismiss Plaintiff's defamation (Count VII), IIED (Count VIII), and NIED (Count IX) claims is **DENIED**. Defendants' motion to dismiss Plaintiff's false arrest and false imprisonment (Count VI) and assault and battery (Count X) claims is **GRANTED**, and those two claims are **DISMISSED WITHOUT PREJUDICE**.

2) Thus, the counts remaining in the complaint are as follows: Count I against Defendants in their individual capacities, Count III against Defendants in their individual capacities, and Counts VII–IX against Defendants in their individual capacities.

3) Plaintiff may file an amended complaint consistent with this order within **twenty-one (21) days** of this order.

4) If Plaintiff does not file an amended complaint by the above deadline, Defendants are directed to respond to the complaint in accordance with the Federal Rules of Civil Procedure.

5) A telephone status conference in this case is scheduled for **November 16, 2026, at 3:00 p.m.** The parties shall call in to the conference calling number 570-218-8447, using the phone conference ID 660 227 256#. This case shall remain stayed until that conference.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania

Dated: October 21, 2026